UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
  :
**KATRINA BERGER**, individually and on behalf
of all others similarly situated, :
  :
                Plaintiff, : **MEMORANDUM AND ORDER**
  :
  : 22-CV-07423 (AMD) (SJB)
     – against – :
  :
**JETBLUE AIRWAYS CORPORATION** and
**AMERICAN AIRLINES GROUP INC.**, :
------------------------------------------------------------ X
  :
**TONI GUERIN**, individually and on behalf of all
others similarly situated, :
  :
                Plaintiff, :
  :
  :
     – against – :
  :
**JETBLUE AIRWAYS CORPORATION** and
**AMERICAN AIRLINES GROUP INC.**, :
------------------------------------------------------------ X

**ANN M. DONNELLY**, United States District Judge:

       The plaintiffs move to consolidate two related cases and to appoint interim co-lead counsel.

For the reasons that follow, the motion is granted.

**I.**       **CONSOLIDATION**

       1.      Pursuant to Rule 42 of the Federal Rules of Civil Procedure, the following actions

are hereby related and consolidated for all purposes, including for pre-trial proceedings and trial:

| Case Name | Case Number | Date Filed |
|---|---|---|
| *Berger v. JetBlue Airways Corp.* | 1:22-cv-07374 | December 5, 2022 |
| *Guerin v. JetBlue Airways Corp.* | 1:22-cv-07423 | December 7, 2022 |

2. Every pleading filed in these consolidated actions, or in any separate action included herein, will bear the following caption:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re AMERICAN AIRLINES/JETBLUE ANTITRUST LITIGATION | : : : : : : : : : : | Lead Case No. 1:22-cv-07374-AMD-TAM <br><br> (Consolidated with Case No. 1:22-cv-07423-AMD-TAM) |
| This Document Relates To: <br> ALL ACTIONS. | | CLASS ACTION |

3. The file in *Berger* will constitute the master file for every action in the consolidated action. The Clerk is respectfully directed to close the *Guerin* action administratively. When a document being filed pertains to all actions, the phrase "All Actions" will appear immediately after the phrase "This Document Relates To." When a pleading applies to some, but not all, of the actions, the document will list, immediately after the phrase "This Document Relates To," the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action;

4. All antitrust class actions on behalf of direct purchasers of airline tickets going to or from Boston Logan International Airport, John F. Kennedy International Airport, LaGuardia Airport, and Newark Liberty International Airport from defendants JetBlue Airways Corp. ("JetBlue") and American Airlines Group Inc. ("American") (collectively, "defendants") from when the Northeast Alliance was officially established on July 16, 2020 through the present day, subsequently filed in, or transferred to, this District will be consolidated into this action;

2

5. This Order will apply to every such action, absent an order of the Court. A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action; and

6. This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown.

## II. APPOINTMENT OF INTERIM CO-LEAD CLASS COUNSEL

7. Pursuant to Rule 23(g) of the Federal Rules of Civil Procedure, I appoint the following as Interim Co-Lead Class Counsel for the proposed Class of purchasers:

> Robbins Geller Rudman & Dowd LLP
> 655 West Broadway, Suite 1900
> San Diego, CA 92101
>
> Israel David LLC
> 17 State Street, Suite 4010
> New York, NY 10004

8. Interim Co-Lead Class Counsel will have the following responsibilities and duties specified below, to be carried out either personally or through designated counsel:

(a) Initiate, brief, and argue motions on behalf of the respective Class on all matters arising during pre-trial proceedings, and prepare, serve and file opposing briefs in proceedings initiated by other parties;

(b) Represent the respective Class at pre-trial, scheduling and status conferences;

(c) Coordinate the initiation and conduct of discovery on behalf of the respective Class;

(d) Conduct settlement negotiations with defendants' counsel, execute necessary settlement documentation, and present any formalized settlement to the Court on behalf of the respective Class;

(e) Call and conduct meetings of respective plaintiffs' counsel when appropriate;

(f) Delegate specific tasks to other counsel or committees of counsel that Interim Co-Lead Class Counsel may establish as appropriate, in a manner to ensure that pre-trial preparation for the Class is conducted efficiently, effectively, and without duplication;

(g) Employ and consult with experts;

(h) Coordinate pre-trial activities and plan for trial;

(i) Conduct trial and post-trial proceedings;

(j) Prepare and distribute periodic status reports to the parties;

(k) Allocate fees among the various firms doing work in the case, on behalf of the Class, if any are awarded by the Court;

(l) Perform such other duties as may be incidental to proper coordination of the Class's pre-trial activities or are authorized by further order of this Court;

(m) Coordinate and communicate with defendants' counsel and the Court with respect to the matters addressed in this paragraph;

(n) Distribute all notices, orders and decisions of the Court to all plaintiffs' counsel to the extent not communicated directly by the Court;

(o) Maintain and distribute a master service list of all parties and their respective counsel;

    (p)  Receive orders, notices, correspondence and telephone calls from the Court on behalf of the Class, and shall be responsible for preparing and distributing the same to all Class counsel upon direction from the Court; and

    (q)  Perform other such duties and undertaking other responsibilities as are necessary or desirable in connection with the prosecution of the litigation.

  9.  Interim Co-Lead Class Counsel will have sole authority to communicate with the defendants' counsel, any third-parties, and the Court on behalf of all plaintiffs in the putative Class. Defendants' counsel may rely on all agreements made with Interim Co-Lead Class Counsel and such agreements will be binding on all counsel for the Class.

**SO ORDERED.**

                 s/Ann M. Donnelly
                 _____
                 ANN M. DONNELLY
                 United States District Judge

Dated: Brooklyn, New York
    January 9, 2023