UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re AMERICAN AIRLINES/JETBLUE ANTITRUST LITIGATION | : : : : | Lead Case No. 1:22-cv-07374-AMD-TAM<br><br>(Consolidated with Case No. 1:22-cv-07423-AMD-TAM) |
| This Document Relates To:<br><br>    ALL ACTIONS. | : : : : : : | CLASS ACTION<br><br>MOTION TO WITHDRAW STEVEN M. JODLOWSKI AS ATTORNEY OF RECORD |

PLEASE TAKE NOTICE that the undersigned moves this Court pursuant to Local Civil Rule 1.4, to allow Steven M. Jodlowski to withdraw as counsel of record for Plaintiffs Katrina Berger and Toni Guerin in the above-referenced action due to his departure from the law firm of Robbins Geller Rudman & Dowd LLP.  I respectfully request that Steven M. Jodlowski be removed from the docket as counsel for Plaintiffs Katrina Berger and Toni Guerin.  All other counsel listed on the docket from the law firm of Robbins Geller Rudman & Dowd LLP will continue to represent Plaintiffs Katrina Berger and Toni Guerin in this matter.

A proposed order is filed concurrently herewith.

DATED:  May 16, 2023

ROBBINS GELLER RUDMAN
   & DOWD LLP
DAVID W. MITCHELL (admitted *pro hac vice*)

s/ David W. Mitchell
DAVID W. MITCHELL

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
davidm@rgrdlaw.com
sjodlowski@rgrdlaw.com

ROBBINS GELLER RUDMAN
   & DOWD LLP
ROBERT M. ROTHMAN
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
rrothman@rgrdlaw.com

- 1 -

ISRAEL DAVID LLC
ISRAEL DAVID
BLAKE HUNTER YAGMAN
HAYLEY LOWE*
MADELINE SHEFFIELD*
17 State Street, Suite 4010
New York, NY  10004
Telephone:  212/739-0622
israel.david@davidllc.com
blake.yagman@davidllc.com
hayley.lowe@davidllc.com
madeline.sheffield@davidllc.com

**Pro Hac Vice* forthcoming

Interim Co-Lead Class Counsel

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on May 16, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ David W. Mitchell
DAVID W. MITCHELL

ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

Email:  davidm@rgrdlaw.com

4888-6285-7315.v1

# Mailing Information for a Case 1:22-cv-07374-AMD-TAM Berger v. JetBlue Airways Corporation et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Alexandra P. Clark**
  alexandra.clark@lw.com,alexandra-clark-4246@ecf.pacerpro.com,ny-courtmail@lw.com,new-york-ma-2860@ecf.pacerpro.com

- **Matthew L. Craner**
  matthew.craner@shearman.com,managing-attorney-5081@ecf.pacerpro.com,courtalert@shearman.com,manattyoffice@shearman.com

- **Jessica K Delbaum**
  jessica.delbaum@shearman.com

- **Elizabeth C. Gettinger**
  elizabeth.gettinger@lw.com,elizabeth-gettinger-9182@ecf.pacerpro.com,ny-courtmail@lw.com,new-york-ma-2860@ecf.pacerpro.com

- **Brian Hauser**
  brian.hauser@shearman.com

- **Steve Michael Jodlowski**
  sjodlowski@rgrdlaw.com,dwatts@rgrdlaw.com,ckopko@rgrdlaw.com

- **Allyson M. Maltas**
  allyson.maltas@lw.com

- **David W. Mitchell**
  DavidM@rgrdlaw.com,slandry@rgrdlaw.com,E_File_SD@rgrdlaw.com

- **Seung Paik**
  seung.paik@lw.com,seung-wan-andrew--paik-5877@ecf.pacerpro.com,ny-courtmail@lw.com,new-york-ma-2860@ecf.pacerpro.com

- **Robert M. Rothman**
  rrothman@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Richard F. Schwed**
  rschwed@shearman.com,managing-attorney-5081@ecf.pacerpro.com,courtalert@shearman.com,manattyoffice@shearman.com

- **Marguerite Sullivan**
  marguerite.sullivan@lw.com,ny-courtmail@lw.com,new-york-ma-2860@ecf.pacerpro.com,marguerite-sullivan-6830@ecf.pacerpro.com

- **Jesse Aaron Vella**
  jesse.vella@lw.com,ny-courtmail@lw.com,new-york-ma-2860@ecf.pacerpro.com,jesse-vella-4487@ecf.pacerpro.com

- **Blake Hunter Yagman**
  blake.yagman@davidllc.com,Blake.yagman@davidllc.com,Israel.david@davidllc.com,BYagman@ecf.courtdrive.com

## Manual Notice List

Case 1:22-cv-07374-AMD-TAM   Document 38   Filed 05/16/23   Page 6 of 6 PageID #: 392

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`