**Elizabeth C. Gettinger**
Direct Dial: +1.415.395.8825
elizabeth.gettinger@lw.com

505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel: +1.415.391.0600 Fax: +1.415.395.8095
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |
| Milan | |

# LATHAM & WATKINS LLP

<u>**VIA ECF**</u>

May 26, 2023

Hon. Ann M. Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: <u>*Berger v. JetBlue Airways Corporation et al.*
1:22-cv-07374-AMD-TAM – Withdrawal of Elizabeth C. Gettinger</u>

Dear Judge Donnelly:

I respectfully request permission to withdraw as counsel for Defendant American Airlines Group Inc. in the above-referenced case. I represent American Airlines Group Inc. in this matter along with Marguerite Sullivan, Allyson M. Maltas, Seung Wan Paik, Alexandra P. Clark, and Jesse A. Vella, of Latham & Watkins LLP. Effective May 31, 2023, I will no longer be an associate at Latham & Watkins LLP.

Latham & Watkins LLP will continue to represent American Airlines Group Inc. in this case. Thus, my withdrawal will have no material effect on the schedule in this matter, and it will not cause prejudice to any party. In light of the foregoing, I respectfully request that the Court relieve the undersigned as counsel for American Airlines Group Inc. and that the Court's docket be amended to reflect my withdrawal as counsel.

Respectfully submitted,

/s/ Elizabeth C. Gettinger
Elizabeth C. Gettinger

cc: All Counsel of Record (via CM/ECF)