UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re AMERICAN AIRLINES/JETBLUE ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*Katrina Berger v. American Airlines Group Inc. and JetBlue Airways Corp.*, No. 1:22-cv-07374 (AMD)(TAM)<br><br>*Toni Guerin v. American Airlines Group Inc. and JetBlue Airways Corp.*, No. 1:22-cv-07423 (AMD)(TAM)<br><br>*Dianne Buehler v. American Airlines Group Inc. and JetBlue Airways Corp.*, No. 1:23-cv-04089 (AMD)(TAM) | Lead Case No. 1:22-cv-07374 (AMD) (TAM)<br><br>(Consolidated with Case No. 1:22-CV-07423)<br><br>**NOTICE OF MOTION**<br><br>**ORAL ARGUMENT REQUESTED** |

PLEASE TAKE NOTICE that, upon the annexed Declaration of Marguerite M. Sullivan, dated September 21, 2023, and exhibits thereto, and the accompanying Memorandum of Law, the undersigned hereby move this Court on behalf of Defendants American Airlines Group Inc. and JetBlue Airways Corp. before the Honorable Ann M. Donnelly in Courtroom 4G North of the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, for an order: (1) dismissing the Third Consolidated Amended Class Action Complaint with prejudice and without leave to amend under Federal Rule of Civil Procedure 12(b)(6), or in the alternative, (2) striking Plaintiffs' class action allegation pursuant to Federal Rule of Civil Procedure 23(d).

Dated: September 21, 2023

Respectfully submitted,

/s/ *Marguerite M. Sullivan*
Marguerite M. Sullivan (*pro hac vice*)
Allyson M. Maltas (*pro hac vice*)
Seung Wan Paik (*pro hac vice*)
Jesse A. Vella (*pro hac vice*)
Kimon Triantafyllou (*pro hac vice*)
Latham & Watkins LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Email: marguerite.sullivan@lw.com
allyson.maltas@lw.com
andrew.paik@lw.com
jesse.vella@lw.com
kimon.triantafyllou@lw.com

*Attorneys for Defendant*
*American Airlines Group Inc.*

/s/ *Richard Schwed*
Richard Schwed
Matthew L. Craner
Jessica K. Delbaum
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-5445
Email: rschwed@shearman.com
matthew.craner@shearman.com
jessica.delbaum@shearman.com

Brian Hauser (*pro hac vice*)
Shearman & Sterling LLP
401 9th Street, NW
Washington, DC 20004
Telephone: (202) 508-8005
Email: brian.hauser@shearman.com

*Attorneys for Defendant JetBlue Airways*
*Corporation*