**Jesse A. Vella**
Direct Dial: +1.202.637.2286
jesse.vella@lw.com

**LATHAM & WATKINS** LLP

555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304
Tel: +1. 202.637.2200  Fax: +1. 202.637.2201
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Shanghai |
| Hong Kong | Silicon Valley |
| Houston | Singapore |
| London | Tel Aviv |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

<u>VIA ECF</u>

May 7, 2024

Hon. Ann M. Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Berger v. JetBlue Airways Corporation et al.*
<u>1:22-cv-07374-AMD-TAM – Withdrawal of Jesse A. Vella</u>

Dear Judge Donnelly:

I respectfully request permission to withdraw as counsel for Defendant American Airlines Group Inc., in the above-referenced case. I represent American Airlines Group Inc., in this matter along with Marguerite Sullivan, Seung Wan Paik, and Kimon Triantafyllou of Latham & Watkins LLP. Effective May 17, 2024, I will no longer be an associate at Latham & Watkins LLP.

Latham & Watkins LLP will continue to represent American Airlines Group Inc., in this case. Thus, my withdrawal will have no material effect on the schedule in this matter, and it will not cause prejudice to any party. In light of the foregoing, I respectfully request that the Court relieve the undersigned as counsel for American Airlines Group Inc., and that the Court's docket be amended to reflect my withdrawal as counsel.

Respectfully submitted,

<u>/s/ Jesse A. Vella</u>
Jesse A. Vella

cc: All Counsel of Record (via CM/ECF)